

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00150-CV

TEXAS MILITARY DEPARTMENT
v.
JUAN ANTONIO LOPEZ AND MAYRA LOPEZ, INDIVIDUALLY AND AS NEXT
FRIENDS OF J.L., A MINOR, MARCO ANTONIO LOPEZ, AND ANGEL LOPEZ

On Appeal from the
107th District Court of Cameron County, Texas
Trial Court Cause No. 2024-DCL-05876

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

December 18, 2025